## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## DALLAS DIVISION

| | |
|---|---|
| WILLIAM T. DOCKERY, | |
| Plaintiff, | Case No. 3:19-cv-01777-G |
| v. | Honorable Judge A. Joe Fish |
| MEDICREDIT, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that WILLIAM T. DOCKERY ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant MEDICREDIT, INC., only, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 20th day of August 2019.

Respectfully submitted,

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
thatz@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis